UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D
JUL 1 4 2016
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:16-cr-29-GFVT-HAI

UNITED STATES OF AMERICA            PLAINTIFF

V.        **MOTION OF UNITED STATES FOR ARRAIGNMENT**

**MARK SAWAF**            DEFENDANT

\* \* \* \* \*

The United States moves for an arraignment. The Defendant, **MARK SAWAF**, is currently in custody at the Laurel County Detention Center pursuant to a federal criminal complaint.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: _/s/ Andrew H. Trimble_
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
(606) 330-4838
Andrew.Trimble@usdoj.gov