UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D
JUL 1 4 2016
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:16-cr-29-GFVT-HAI

UNITED STATES OF AMERICA          PLAINTIFF

V.          **ORDER SETTING ARRAIGNMENT**

**MARK SAWAF**          **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for arraignment is GRANTED, and this matter is SET FOR ARRAIGNMENT in United States District Court at London, Kentucky on July 18th, 2016 at 1:00pm.

On this 14th day of July, 2016.

                 _Candace J. Smith_
                 UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
           United States Probation
           Andrew H. Trimble, Assistant United States Attorney