UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-ARRAIGNMENT AND PLEA

Case No. **6:16-CR-29-GFVT-HAI**        At: **London**        Date: **July 18, 2016**

U.S.A. vs **Mark Sawaf**        **X** present        **X** custody

**DOCKET ENTRY:** Defendant arraigned on indictment and advised of all constitutional rights.

**PRESENT: HON. HANLY A. INGRAM, U.S. MAGISTRATE JUDGE**

| Kim Allen | Audio File Number | Jason Parman for Andrew Trimble |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

I, Kim Allen, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file **KYED-LON_6-16-CR-29-GFVT-HAI-1_20160718_130045.**

**Counsel for Deft** **Travis Alan Rossman**    **X** present    ___ retained    **X** appointed

**PROCEEDINGS: ARRAIGNMENT**

- **X** Copy of Indictment/Information given to the defendant.

- **X** Defendant states true name is as it appears on the indictment.

- ___ Ordered ___ is appointed Attorney under the Criminal Justice Act. The Court has reviewed Defendant's affidavit which establishes CJA eligibility.

- **X** Defendant waived formal arraignment and was advised of his/her rights pursuant to Rule 10, F.R.Cr.P. Court stated substance of charges and advised Defendant of possible penalties.

- **X** Defendant waives reading of Indictment-Information    ___ Indictment-Information read.

- **X** Defendant pleads ___ Guilty to Counts _____    **X** Not guilty to **all** counts

- **X** Assigned for jury trial before Judge Gregory F. Van Tatenhove on **September 13, 2016 at 10:00 a.m., United States District Court, London, Kentucky, attorneys to be present at 9:30 a.m. The anticipated length of trial is 2 days.**

- **X** This matter will be assigned for an evidentiary hearing before Magistrate Judge Hanly A. Ingram if any motions are filed which require a hearing.

- **X** The Court verified that the United States was pursuing appropriate notification of potential victim(s), per 18 U.S.C. § 3771.

- **X** Defendant remanded to the custody of the U.S. Marshal pending further orders of this Court.

__ **Defendant released pursuant to the terms and conditions set forth in the Order Setting Conditions of Release.**

__ **US Probation Office directed to prepare and circulate the Pretrial Services Report to counsel via email. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as required by 18 U.S.C. §3153(c)(1). Counsel shall either return the pretrial services report prepared by the United States Probation Office to the USPO, or shall permanently delete/destroy all copies thereof (such as electronic copies in an inbox or sent mail folder).**

**Copies: COR, USP, USM**

**Initials of Deputy Clerk: kja**

TIC: 13 min.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge