UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL NO. 16-cr-29

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA, PLAINTIFF,

**REQUEST FOR DISCOVERY AND INSPECTION**

VS.

MARK SAWAF, DEFENDANT.

Comes now Defendant Mark Sawaf, by and through the undersigned counsel, and requests discovery from the United States to maximum extent permitted by Federal Rule of Criminal Procedure 16 and other applicable law. Specifically, and not by way of limitation, Defendant hereby requests that the United States:

1. Permit the defendant to inspect and copy or photograph:

    a. Any relevant written or recorded statement made by the defendant, or copies thereof, within the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known, to the attorney for the government.

    b. The substance of any oral statements which the government intends to offer into evidence at trial made by the defendant in response to interrogation by any person then known to the defendant to be a government agent.

    c. Books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody or control of the government, and

which are material to the preparation of the defendant's defense or intended for use by the government as evidence in chief, at the trial, which were obtained from or belonged to the defendant.

      d.     Any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known, to the attorney for the government, and which are material to the preparation of the defendant's defense or are intended for use by the government as evidence in chief at trial.

2.     The government furnish counsel for the defendant a copy of defendant's prior criminal record, if any, that is within the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known, to the attorney for the government.

3.     The government disclose all material discoverable pursuant to *Brady v. Maryland*, 373 U.S. 83 (1983), and 18 U.S.C. § 3500 (the Jencks Act) "in time for effective use at trial."

DATED: July 18, 2016        /s/ Travis A. Rossman
                                            Travis A. Rossman
                                            ROSSMAN LAW, PLLC
                                            220 Court Square
                                            P.O. Box 209
                                            Barbourville, KY 40906
                                            Tel.: 606.546.2242
                                            Fax: 606.545.5284
                                            E-mail: travisrossman@hotmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been electronically filed with the Clerk of the Court, and served upon all counsel of record on July 18, 2016 by using the CM/ECF system.


s/  Travis A. Rossman
COUNSEL FOR DEFENDANT