UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL NO. 16-cr-29

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                      PLAINTIFF,

**REQUEST FOR 404(b) INFORMATION**
VS.

MARK SAWAF,                      DEFENDANT.

Comes the defendant by counsel and hereby requests notice of all evidence, if any, of other crimes, wrongs or acts that the government intends to introduce as to this defendant at trial pursuant to Federal Rule of Evidence 404(b).

DATED: July 18, 2016            /s/ Travis A. Rossman
                                          Travis A. Rossman
                                          ROSSMAN LAW, PLLC
                                          220 Court Square
                                          P.O. Box 209
                                          Barbourville, KY 40906
                                          Tel.: 606.546.2242
                                          Fax: 606.545.5284
                                          E-mail: travisrossman@hotmail.com

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been electronically filed with the Clerk of the Court, and served upon all counsel of record on July 18, 2016 by using the CM/ECF system.


s/          Travis A. Rossman
COUNSEL FOR DEFENDANT