UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL NO. 16-cr-29

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                          PLAINTIFF,

**REQUEST PURSUANT TO FRCP 16(a)(1)(G)**

VS.

MARK SAWAF,                                             DEFENDANT.

Comes the defendant by counsel and pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) requests that the Government disclose to the defendant a written summary of the testimony that the Government intends to use under Rule 702, 703 or 705 of the Federal Rules of Evidence during its case in chief at trial.

DATED: July 18, 2016                  /s/ Travis A. Rossman
                                            Travis A. Rossman
                                            ROSSMAN LAW, PLLC
                                            220 Court Square
                                            P.O. Box 209
                                            Barbourville, KY 40906
                                            Tel.: 606.546.2242
                                            Fax: 606.545.5284
                                            E-mail: travisrossman@hotmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been electronically filed with the Clerk of the Court, and served upon all counsel of record on July 18, 2016 by using the CM/ECF system.


s/          Travis A. Rossman
COUNSEL FOR DEFENDANT