**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. 6:15-CR-0029-GFVT-HAI**

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**


**V.**                    **MOTION OF UNITED STATES TO SEAL MOTION**


**MARK SAWAF**                                                    **DEFENDANT**

**\*    \*    \*    \*    \***

The United States moves to seal the Joint Motion to Transfer Custody for the reasons set forth in the Joint Motion.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

BY:    s/ Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Road
London, Kentucky 40741
(606) 330-4838
andrew.trimble@usdoj.gov