**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

CRIMINAL ACTION NO. <u>16-CR-29-GFVT</u>                           <u>UNDER SEAL</u>

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                <u>JOINT MOTION TO TRANSFER CUSTODY</u>

MARK SAWAF                                                        DEFENDANT

\* \* \* \* \*

Both the United States and the Defendant, through respective counsel, move to transfer the Defendant from the custody of the United States Marshals Service to the temporary custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) pursuant to 18 U.S.C. § 3142(i). The Defendant has advised law enforcement that additional explosive devices exist in Harlan County, Kentucky. These devices are located in a large, wooded geographic area. Safely finding and disabling the devices will be a difficult undertaking. By accompanying law enforcement to the precise location of the devices, the Defendant will make this process less onerous, thereby satisfying the statutory requirement of a compelling reason for custodial transfer.

The Defendant will be maintained in custody throughout the entire process in restraints. He will be transferred by a Kentucky State Police trooper in a vehicle with a secured prisoner area to Harlan, Kentucky. While searching for the devices, the Defendant will be with a team of law enforcement officers and will remain in restraints.

The Defendant's lawyer may accompany the Defendant on the operation, as long as safety protocol and operational necessity allow for his presence. That discretion ultimately resides with the ATF, as they must evaluate the situation on the ground. Once the operation is complete, the Defendant will be returned to the Laurel County Detention Center. It is anticipated that the operation will be initiated and completed on August 11, 2016.

Counsel for the Defendant has been advised of the content of this motion and joins in the request.

                                    Respectfully submitted,

                                    KERRY B. HARVEY
                                    UNITED STATES ATTORNEY

                  By:   /*s/ Andrew H. Trimble*
                         Andrew H. Trimble
                         Assistant United States Attorney
                         601 Meyers Baker Road, Suite 200
                         (606) 330-4838
                         Andrew.Trimble@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2016, I e-mailed a copy of this motion to Travis Rossman.

                                    */s/ Andrew H. Trimble*
                                    Assistant United States Attorney