UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:16-CR-29-GFVT-HAI |
| | ) | |
| v. | ) | SEALED ORDER |
| | ) | |
| MARK SAWAF, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have jointly moved, pursuant to 18 U.S.C. § 3142(i), for the temporary release of the Defendant to the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) on August 11, 2016, and to seal that motion.

The purpose of the requested temporary release is to effectuate the Defendant's assistance to the ATF in matters currently under investigation by the ATF, specifically to allow him to provide assistance in locating and disabling certain explosive devices. The parties state that Defendant will remain in custody, in restraints at all times, and will be returned to the Laurel County Detention Center following the operation.

Having considered the matter fully, and being otherwise sufficiently advised, **IT IS ORDERED AS FOLLOWS:**

(1) The Joint Motion to Transfer Custody and related Motion to Seal are **GRANTED.**

(2) On August 11, 2016, Defendant shall be released by the United States Marshals Service to the custody of the ATF, and, as necessary for transfer, the Kentucky State

Police, whether by direct transfer from a U.S. Marshal or by release from the Laurel County Detention Center.

(3) The Defendant is to be returned to the custody of the United States Marshals Service as soon as possible following the conclusion of the operation described in the joint motion for release.

(4) This temporary release is pursuant to the provisions of 18 U.S.C. § 3142(i) as the Court finds that Defendant's cooperation with the ATF and anticipated assistance in disabling dangerous devices are compelling reasons for temporary release. However, in order to reasonably assure the safety of the community and any other person, the ATF **SHALL** utilize the protocol specified in the Joint Motion to Transfer Custody.

(5) The Court will ensure service of this Order via email upon counsel for the United States, counsel for Defendant, and the United States Marshals Service, and will deliver the motions and this Order to the Clerk for filing. The Clerk **SHALL** maintain the two motions[1] and this order **UNDER SEAL** unless otherwise ordered by the Court. There is good cause to seal these documents as they discuss the Defendant's cooperation with the ATF.

This the 10th day of August, 2016.



Signed By:
Hanly A. Ingram
United States Magistrate Judge

---

[1] The motion to seal bears the wrong case number, but **SHALL** be filed in the record of this case.