UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. **16-CR-29-GFVT**

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                        **SEALED ORDER**

MARK SAWAF                                                                          DEFENDANT

\* \* \* \* \*

The Court ORDERS that the motion of the United States to seal is GRANTED, and the motion to seal shall remain UNDER SEAL pending further order of the Court.

On this \_\_11th\_\_ day of _____August_____, 2016.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge