UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. **16-CR-29-GFVT**

UNITED STATES OF AMERICA                                PLAINTIFF

V.                            **SEALED ORDER**

MARK SAWAF                                                DEFENDANT

\* \* \* \* \*

This matter is before the Court upon the Parties' Joint Motion to Extend Transfer of Custody. Having reviewed the Motion and being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

(1)     Parties' Joint Motion to Extend Transfer of Custody is **GRANTED**;

(2)     On August 12, 2016, Defendant shall be released by the United States Marshals Service to the custody of the ATF and returned to the custody of the United States Marshals Service in the same manner and consistent with the Court's Order entered on August 10, 2016. [R. 27].

This 11th Day of August, 2016.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge