UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL NO. 16-cr-29

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                                               PLAINTIFF,

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S
MOTION TO DISMISS THE INDICTMENT**

VS.

MARK SAWAF,                                                                DEFENDANT.


Comes the defendant by counsel and hereby gives NOTICE that there is no opposition to the government's Motion to Dismiss the Indictment (Doc. 33). Defendant concurs in the government's request in the Motion to Dismiss the Indictment to unseal Docket Items 25 through 31.


DATED: August 19, 2016                   /s/ Travis A. Rossman
                                         Travis A. Rossman
                                         ROSSMAN LAW, PLLC
                                         220 Court Square
                                         P.O. Box 209
                                         Barbourville, KY 40906
                                         Tel.: 606.546.2242
                                         Fax: 606.545.5284
                                         E-mail: travisrossman@hotmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been electronically filed with the Clerk of the Court, and served upon all counsel of record on August 19, 2016 by using the CM/ECF system.

s/      Travis A. Rossman
COUNSEL FOR DEFENDANT