UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 16-29-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MARK SAWAF, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the motion of the United States to Dismiss the Indictment against Defendant Mark Sawaf and to unseal certain documents in the record. [R. 33]. The motion to dismiss the indictment in this case is appropriately brought pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure because of the Defendant Sawaf's recent death. Also because of Sawaf's death, there is no longer any need for documents at issue to remain sealed. Counsel for the Defendant has given notice that he does not object to dismissal nor to unsealing the referenced documents. [R. 34.] Accordingly, it is hereby **ORDERED** as follows:

1. The Motion of the United States to Dismiss the Indictment against the Defendant Mark Sawaf [**R. 33**] is **GRANTED**;

2. The Indictment against the Defendant Mark Sawaf is **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk of Court is **DIRECTED** to **UNSEAL** the Joint Motion to Transfer Custody [R. 26], the Motion to Extend Transfer of Custody [R. 29], and the corresponding motions to seal and orders sealing those documents [R. 25, R. 27, R. 30, R. 31]; and

4. The Clerk of Court is directed to transmit a copy of this Order to the United States Marshals Service and the United States Probation Office.

This the 22nd day of August, 2016.

Gregory F. Van Tatenhove
United States District Judge