# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Office of the Clerk



Robert R. Carr
Clerk of Court

David Hunter
Chief Deputy Clerk

310 South Main Street
London, KY 40741

PH: 606-877-7910

April 25, 2018

## NOTICE OF EXHIBIT DESTRUCTION

Travis Rossman
Barbourville, KY

U.S. Attorney's Office
London, KY 40741

RE: London Criminal Case No. 6:16-CR-29-1-GFVT-HAI
*United States of America v. Mark Sawaf*

Our records reveal that exhibits were introduced into evidence in the above captioned case. If you wish these exhibits returned, please pick them up at the Clerk's Office, United States Courthouse, London, Kentucky, during normal business hours. If someone other than yourself is to collect the exhibits, please have them present some form of authorization signed by you. Please contact Sheila Douglas prior to picking up the exhibits to avoid any delay in retrieving them from the exhibit locker.

**FAILURE TO RESPOND WITHIN TWO WEEKS OF THE DATE OF THIS NOTICE WILL RESULT IN THE DESTRUCTION OF THESE EXHIBITS**, pursuant to Local Rule 55.2(c). Should you not require the return of these records, no correspondence from your office is necessary. If you have any questions regarding this matter, please feel free to contact this office.

### NO FURTHER NOTICE WILL BE ISSUED

Sincerely,

ROBERT R. CARR,
CLERK OF COURT

By: *Sheila Douglas*, Deputy Clerk