UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:16-CR-29-GFVT-HAI |
| | ) | |
| v. | ) | |
| | ) | |
| MARK SAWAF | ) | |
| | ) | |
| Defendant | ) | |

**CERTIFICATE OF DESTRUCTION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is to certify that the exhibits listed on the exhibit list, DE #9, filed in the above-styled action in which the judgment has now become final. The parties to the action have been requested, in writing, to withdraw the exhibits. No claim has been made for the return of said exhibits and they are now eligible for destruction pursuant to LR 55.2(c). Therefore, said exhibits have been destroyed by way of shredding.

This the 16TH day of May, 2018.

ROBERT R. CARR, CLERK

BY:__S/S. Douglas_____
Deputy Clerk